Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Edward J. Hyland
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Boston Police officers

Steven McKunes, Derek Jefferson, Drew Pokrant
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   [X] Yes   [ ] No

FILED IN CLERK'S OFFICE
2021 NOV -5  PM 2:24
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              Edward J. Hyland
   Street Address    1465 Commonwealth AV #611
   City and County   Brighton, MA  02135
   State and Zip Code
   Telephone Number  (781) 709-6585
   E-mail Address    edwardhyland6@gmail.com

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Stephen McKunes
Job or Title (if known): Boston Police officer
Street Address: Suff county
City and County: Boston, MASS.
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: Derek Jefferson
Job or Title (if known): Boston Police officer
Street Address: Suff County
City and County: Boston, MASS.
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: Drew PoKrant
Job or Title (if known): Boston Police officer
Street Address: Suff - county
City and County: Boston, MASS.
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Police Brutality - excess of force, police misconduct, (Personal Injury)*

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Edward S. Hyland, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* Stephen McKunes, Derek Jefferson, Drew Pokrant, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, *(name)* Stephen McKune, Dereck Jefferson, Drew Pokrout, is incorporated under the laws of the State of *(name)* (All Boston Police officers), and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See (attachment)

(I Pro-Se) Edward S. Hyland was Beaten, (Broken collar Bone) ect... By Boston Police officers.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. (10 million dollars)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-5-21

Signature of Plaintiff: *[signed] Edward J Hyland*
Printed Name of Plaintiff: Edward Hyland

### B. For Attorneys

Date of signing: 11-5-2021

Signature of Attorney: (PRO-SE)
Printed Name of Attorney: Edward J. Hyland
Bar Number:
Name of Law Firm:
Street Address: 1465 Commonwealth Au # 611
State and Zip Code: Brighton, MA. 02135
Telephone Number: (781) 709-6585
E-mail Address: edwardhyland6@gmail.com

Edward J. Hyland
1465 Commonwealth AV #611
Brighton, MA. 02135 ← (PLAINTIFF)

November/3/2021

Complaint Attachment #1.

Pro SE - I Edward J Hyland a Navy seabee Veteran. On 11/3/2018 was returning to 17 Court st Boston, MA. New England Center for Veterans were I was living for a year, working job assiments in private sector, and waiting for my new houseing vash-voucher. Where I live now a Veterans Community Brannew 6 story apt. Building in Brighton MA.

on 11/3/2018 late afternoon leaving Cafe Nero Coffe shop at [2 Center Plaza government Centre] when 2 Boston Police drove up to me, got out of Cruizer and officer of Boston Police in uniform Steven McKunes asked me for I.D. I gave him MASS.ID I said - asked what's this about officer? He said I got a 911 call from Cafe Nero stateing you wouldn't leave the store. That I state to office McKunes That's not true, as I stand here in front of you down the 20 foot wide, side walk 70 yards from the cafe Nero. Then I walked away from office McKunes a what seemed to be a 6'3" 280lbs police officer. Because their wasn't anything to be left to talk about, (me - I had not broken any laws) Myself Edward J. Hyland The Plaintiff 5'6" 150lbs.

*I'm Suing (Civil law Action) against Boston Police officers

①Stephen McKunes - Boston Police officer

*3 Defendants ②Derek Jefferson - Boston Police officer

③Drew Pokrant - Boston Police officer

#7

I Edward J. Hyland was beat half to death by Boston police officers on 4/3/2018 70 yards from Cafe Nero coffee shop government Centre plaza 2. By officer Steven McKunes and officer Derek Jefferson. Also Drew Potrant.

My Lawyer for my ongoing still open going on 3 years. Docket # 1801CR005310. They charged me with 3 A+B on Police officers.
(617) 571-5465

I have and Atty Douglas T. Babcock on That criminal matter -(charges). We have a Video apx. 5 mins. showing me thrown in the air By officer Steven McKunes smashed to the sidewalk. Breaking my (Right Scholder). Then Being kicked and punched by the other Two Boston Police. My chin had a fracture. This Asult and Battary - Beating last on Video for about 5 minuts.

The Hospital at This time was Refused To ME!! They took me to police station holding jail cell.

① Boston Jamica Plain V.A. hospital - 3 months latter Took M.R.I. ect... Not being able To move my Right arm for months. Dr. Prasad Purudappa MD (Adult Reconstructive Surgery) we put off Scholder Replacement to date.
Living with Pain, Pain, daily almost no use of Right arm to date.

② Tufts Medical Center Boston,
Dr. Mattew j Salzler MD chief sports medicine Director of Orthopaedic Surgery - MRI Xrays Needs To operate, Replace my Right Scholder parts ect...
This has been put off By ME. Todate

#3

The claim I'm makeing against defendants A) Steven McKunes B) Derek Jefferson C) Drew Pokraut is show on Video, that was taken from very large Camera Buble in the ceiling above 15 feet above, Belonging to the city of Boston. I was watching This video with my atty. Neil Tassel and Atty Bethany Rogers of Boston. This Assualt and Battary — Mass Beating Beond Belive, ① Has left me for the past 3 years unAble to Be a Active Sports parent to my young Son Jacob Edward Hyland 13 years old.

The daily Pain in my Right schoulder — inturn goes to the whole Body, me in gyms working out for 50 year daily, STOPED, That day, 11/3/2018

(① Body - Mind, ③ speared all about left me.)

② my son stop play sports at school lost, intrust Because I couldn't train with him. A Big part of my Being a Father to him. STOPED on 11/3/18

③ working STOP on 11/3/2018

④ life For me will never be the same. Due to what Boston Polie did to me, No Reason.

#4

[Relief] seeking from this court 10 million dollars.

$ (I do want a trial by Jury.)

After this has a file number I will get a civil Rights Atty. To Take over my PRO-SE CASE. I do belive I'm entitled to a Trial by jury.

Thank you
Edward J. Hyland
cell (781) 709-6585

① Police Brutality

② Police Misconduct

③ excessoforce

④ False Arrest

⑤ Police Retalation